JIM T. ELIA, 79995
ATTORNEY AT LAW
2300 TULARE STREET, SUITE 140
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-3600                    FACSIMILE: (559) 498-6391

ATTORNEY FOR DEFENDANT PEDRO FARIAS

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | **CASE NO: 1:04-cr-5356 AWI** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION& ORDER TO ALLOW DEFENDANT TO TRAVEL OUT OF COUNTRY** |
| vs | ) | |
| | ) | |
| PEDRO FARIAS | ) | |
| Defendant. | ) | |
| | ) | **HONORABLE JUDGE ANTHONY W. ISHII** |

**TO THE HONORABLE JUDGE ANTHONY W. ISHII:**

The parties herein, (Pretrial, Lydia Serrano and Assistant United States Attorney, Marlon Cobar), hereby agree and stipulate that defendant PEDRO FARIAS be allowed to travel out of the country to Mexico from June 27, 2005 and return to the United States on July 19, 2005.

Defendant's father resides in Mexico and is in critical condition. The family needs defendant there for a short period of time to provide emotional and financial assistance to his younger siblings during this time of family crisis.

Dated: June 21, 2005                                        Respectfully submitted,


                                                            /S/ JIM T. ELIA
                                                            ATTORNEY FOR DEFENDANT
                                                            PEDRO FARIAS

//
//

**GOOD CAUSE APPEARING:** and based upon the agreement of the parties the pretrial conditions of release are modified to allow PEDRO FARIAS to travel to Colima, Mexico due to his father's illness.

The defendant will leave the United States on or about June 27, 2005 and return no later than on or before July 19, 2005.

IT IS SO ORDERED.

**Dated:   June 22, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE