1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3  TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391

4  ATTORNEY FOR DEFENDANT PEDRO FARIAS

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO: 1:04-cr-5356 AWI** |
| Plaintiff, ) | |
| ) | **STIPULATION& ORDER TO ALLOW** |
| vs ) | **DEFENDANT TO TRAVEL** |
| ) | **OUT OF COUNTRY** |
| PEDRO FARIAS ) | |
| Defendant. ) | |
| _____ ) | **HONORABLE JUDGE ANTHONY W. ISHII** |

**TO THE HONORABLE JUDGE ANTHONY W. ISHII:**

The parties herein, (Pretrial, Lydia Serrano and Assistant United States Attorney, Marlon Cobar), hereby agree and stipulate that defendant PEDRO FARIAS be allowed to travel out of the country to Mexico from December 4, 2005 and return to the United States on January 6, 2006.

Defendant's father resides in Mexico and is in critical condition. The family needs defendant there for a short period of time to provide emotional and financial assistance to his younger siblings during this time of family crisis.

Dated: November 3, 2005                           Respectfully submitted,


                                                  /S/ JIM T. ELIA
                                                  ATTORNEY FOR DEFENDANT
                                                  PEDRO FARIAS

# ORDER

**GOOD CAUSE APPEARING:** and based upon the agreement of the parties the pretrial conditions of release are modified to allow PEDRO FARIAS to travel to Colima, Mexico due to his father's illness.

The defendant will leave the United States on or about December 4, 2005 and return no later than on or before January 6, 2006.

IT IS SO ORDERED.

**Dated:   November 5, 2005**          /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE