# UNITED STATES DISTRICT COURT
**for the**
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

NOV 2 2 2006

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

-vs-
**PEDRO FARIAS-LOPEZ**

**Docket No. 04-5356 AWI**

**COMES NOW** Kimberly M. Dalton, Supervisory Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of___Pedro Farias-Lopez___, who was placed on bond by the Honorable Sandra M. Snyder U. S. Magistrate Judge, sitting in the Court at Fresno, California, on the _14 th_ day of February___, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows in attachment:

**OFFENSE:** False Statements to a Government Agency and Aiding and Abetting

**BOND CONDITIONS: Please see attached**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On or about November 13, 2006 the defendant left his approved place of residence in Merced, California to travel to Mexico, without the authorization of Pretrial Services. The defendant's current whereabouts is unknown.

**PRAYING THAT THE COURT WILL ORDER** a no bail warrant be issued for the defendant's arrest.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 22, 2006

Respectfully submitted,

KIMBERLY M. DALTON
Supervisory Pretrial Services Officer

## ORDER

☑ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _No Bail_.
___ The Court hereby orders this ex parte motion and order be sealed.
___ The Court orders a summons be issued with an appearance date of _____.
___ The Court hereby orders this matter placed on this court's calendar on_____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
___ The Court orders no action be taken.

Considered and ordered this **22**ⁿᵈ day of
_Nov._, 20 **06**, and ordered filed and
made a part of the records in the above case.

U.S. Magistrate Judge/U.S. District Judge
S H S N Y D E R

rev. 1/93

**FARIAS-LOPEZ, Pedro**
**Dkt. No. 04-5356**

### CONDITIONS OF RELEASE

1.      You shall be released on your own recognizance;

2.      You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3.      You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4.      You are released to the third party custody of Antonio Acevedo;

5.      You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

6.      Your travel is restricted to the Eastern District of California, unless otherwise approved in advance by the Pretrial Services Officer;

7.      You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request;

8.      You shall surrender your passport to the Clerk of the U. S. District Court;

9.      You shall obtain no passport during the pendency of this case; and,

10.     You shall not associate or have any contact with any codefendants in the instant matter, unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer.