

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:04-cr-5356 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR RETURN OF |
| PEDRO FARIAS-LOPEZ, ) | PASSPORT |
| ) | |
| Defendants. ) | |

The above-named defendant having served his sentence in this matter;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Dated: July 12, 2007

Anthony W. Ishii
United States District Judge