UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                            RE:    FARIAS-LOPEZ, Pedro
                                    Docket Number:  1:04CR05356-08 AWI
                                    PERMISSION TO TRAVEL
                                    <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Colima, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On November 6, 2006, Pedro Farias Lopez was sentenced for the offense of 18 USC 1001 and 2, False Statements to a Government Agency and Aiding and Abetting.

**Sentence imposed:**  Releasee was sentenced to 3 months Bureau of Prisons, 24 months supervised release, and $100 special assessment fee.  His special conditions include search and seizure, 90 days home detention, and third party disclosure of offense to any employer concerning commercial truck driving.

**Dates and Mode of Travel:**  Releasee will be traveling by air and his dates of travel is September 1, 2007 to September 16, 2007.

**Purpose:**  Visit family members.

**RE:**   **FARIAS-LOPEZ, Pedro**
Docket Number:   1:04CR05356-08 AWI
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

**DATED:**   July 16, 2007
Fresno, California
MKD

**REVIEWED BY:**   /s/ Bruce A. Vasquez
**Bruce A. Vasquez
Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   **X**          Disapproved _____

IT IS SO ORDERED.

**Dated:   July 20, 2007**          /s/ **Anthony W. Ishii**
                              UNITED STATES DISTRICT JUDGE