PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number:  1:04CR05356-08 AWI |
| ) | |
| PEDRO FARIAS LOPEZ ) | |
| ) | |

On November 6, 2006, the above-named was placed on Supervised Release for a period of two years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

Dated:     October 24, 2008
           Fresno, California

**REVIEWED BY:**     /s/ Hubert J. Alvarez
              **Hubert J. Alvarez
              Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    PEDRO FARIAS-LOPEZ**
       **Docket Number:   1:04CR05356-08 AWI**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    November 18, 2008**           **/s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE